ACCEPTED
12-15-00105-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/18/2015 2:39:19 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/18/2015 2:39:19 PM

CATHY S. LUSK

IN THE DISTRICT COURT OF SABINE COUNTY

STATE OF TEXAS

FILED
AT ____ O'CLOCK ____ M

APR 22 2015

TANYA WALKER, Clerk District Court
Sabine County, Texas
By _____

| | | |
|---|---|---|
| CONSOLIDATED PROPERTY INTERESTS, LLC | § § § | |
| V. | § | CAUSE NO. 12,827 |
| JERRY PAYNE AND PENNY PAYNE | § § § | |

## NOTICE OF APPEAL

Plaintiff Consolidated Property Interests, LLC intends to appeal (1) the March 13, 2015 Judgment in this case, and (2) any related, subsidiary, or subsequent ruling or order. This appeal is to the Twelfth Court of Appeals in Tyler, Texas.

Respectfully submitted,

RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301
903-597-2413 – Fax

GREG SMITH
State Bar No. 18600600
gsmith@rameyflock.com

BRENT L. WATKINS
State Bar No. 24033312
SKELTON SLUSHER BARNHILL
WATKINS WELLS, PLLC
1616 S. Chestnut
Lufkin, TX 75902-1728
Telephone: (936) 632-2300
Facsimile: (936) 632-6545

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

forwarded to the following counsel of record by facsimile on this the 20th day of April, 2015:

**Via Fax 409-384-3017**
Mr. John H. Seale
SEALE STOVER & BISBEY
P. O. Box 480
Jasper, TX 75951

GREG SMITH